# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2419
DIRECT FAX
917-777-2419
Email
Douglas.Nemec@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 16, 2022

**BY ECF**
The Honorable Stephen L. Crocker
United States Magistrate Judge
U.S. District Court, Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

      RE:    *Cellectar Biosciences, Inc. v. Weichert et al.*, 21-cv-653 (W.D. Wis.)

Dear Judge Crocker:

      In accordance with the Court's August 15 Order (Dkt. 48), we write jointly on behalf of Plaintiff Cellectar Biosciences, Inc., Defendants Jamey Weichert and Anatoly Pinchuk, and proposed Intervenor Wisconsin Alumni Research Foundation to update the Court concerning the parties' efforts to finalize their settlement.

      Over the past month, the parties have made a great deal of progress drafting and negotiating long-form agreements that would effectuate the terms of the settlement in principle that had previously been reached. There remain, however, a few final issues the parties need to resolve before the settlement can be consummated.

      Accordingly, the parties respectfully request that the Court extend the stay of all proceedings, and that they be permitted to provide the Court with an additional update by no later than September 30 if a Stipulation of Dismissal has not been filed by that date.

      We thank the Court for its time and attention to this matter.

Hon. Stephen L. Crocker
September 16, 2022
Page 2

<div style="display: flex;">
<div style="flex: 1;">

**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**

     */s/ Douglas R. Nemec*
Douglas R. Nemec (*pro hac vice*)
Jordan A. Feirman (*pro hac vice*)
Ryan P. Bisaillon (*pro hac vice*)
One Manhattan West
New York, NY 10001-8602
Telephone:  (212) 735-3000
Email:  douglas.nemec@skadden.com
            jordan.feirman@skadden.com
            ryan.bisaillon@skadden.com

Marshall J. Schmitt
Illinois Bar No. 6184893
Chelsea T. Zielke
Wisconsin Bar No. 1101463
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, IL  60606-0030
Telephone: 312-222-0800
Email:   mjschmitt@michaelbest.com
            ctzielke@michaelbest.com

*Attorneys for Plaintiff
Cellectar Biosciences, Inc.*

</div>
<div style="flex: 1;">

**CASIMIR JONES S.C.**

     */s/ David A. Casimir*
J. Mitchell Jones
David A. Casimir
2275 Deming Way, Ste. 310
Middleton, WI  53562
Telephone:  (608) 662-1277
Email:  jmjones@casimirjones.com
            dacasimir@casimirjones.com

*Attorneys for Defendants
Jamey Weichert and Anatoly Pinchuk*

**PERKINS COIE LLP**

     */s/ Christopher G. Hanewicz*
Christopher G. Hanewicz
Michelle M. Kemp
Gabrielle E. Bina
33 East Main Street, Suite 201
Madison, WI 53703
Telephone:  (608) 663-7460
Email:  CHanewicz@perkinscoie.com
            MKemp@perkinscoie.com
            GBina@perkinscoie.com

*Attorneys for Proposed Intervenor
Wisconsin Alumni Research Foundation*

</div>
</div>